**IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**YIMY RIVERA-MARTINEZ** | **Case No.: 4:21-CR-00039-CDL-MSH-1** |

## ORDER

Defendant was indicted on December 14, 2021, ECF No. 1, and arraigned on January 12, 2022, ECF No. 12. A pretrial conference is currently scheduled for February 15, 2022. The parties jointly ask to continue the case. Specifically, Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel using an interpreter, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the next term of Court set for September 2022, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 8th day of February, 2022.

S/Clay D. Land_____
Clay D. Land, U.S. District Judge